

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIZABETH RODRIGUEZ, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of the | : | |
| Social Security Administration, | : | |
| Defendant | : | NO. 13-7220 |

## ORDER

**AND NOW**, this 5th day of Sept, 2014, after review of the Report and Recommendation of Carol Sandra Moore Wells, Chief United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**; and

2. This case is **REMANDED** to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), so that the Administrative Law Judge ("the ALJ") can explicitly consider whether Plaintiff meets or equals the requirements of Listed Impairment 12.05. In order to do so properly, the ALJ must obtain IQ test scores.

BY THE COURT:

NITZA I. QUINONES ALEJANDRO, J.